B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Louisiana

**Voluntary Petition**

**Name of Debtor (if individual, enter Last, First, Middle):**
Stageright Productions, Inc.

**Name of Joint Debtor (Spouse) (Last, First, Middle):**

**All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all):
72-0954876

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all):

**Street Address of Debtor (No. and Street, City, and State):**
10136 Florida Blvd.
Baton Rouge, LA
ZIP Code: 70815

**Street Address of Joint Debtor (No. and Street, City, and State):**
ZIP Code:

**County of Residence or of the Principal Place of Business:**
East Baton Rouge

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor (if different from street address):**
P.O. Box 15091
Baton Rouge, LA
ZIP Code: 70895

**Mailing Address of Joint Debtor (if different from street address):**
ZIP Code:

**Location of Principal Assets of Business Debtor** (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13) — Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Stageright Productions, Inc.

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | - None - | Case Number: | Date Filed: |
|---|---|---|---|
| Location Where Filed: | | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____ _____
Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
*(Check any applicable box)*

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Stageright Productions, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John C. Anderson**
Signature of Attorney for Debtor(s)

**John C. Anderson 02467**
Printed Name of Attorney for Debtor(s)

**Anderson Firm, LLC**
Firm Name

**P.O. Box 82982**
Address

**225-615-7594** Fax: **225-615-7598**  Email: **jca@andersonfirm.net**
Telephone Number

**6-15-15**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Doss H. Berry, III**
Signature of Authorized Individual

**Doss H. Berry, III**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**6-15-15**
Date

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:                                    )    CHAPTER 11 REORGANIZATION
                                          )
STAGERIGHT PRODUCTIONS, INC.              )    CASE NO.
    DEBTOR                                )

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

Doss Hickman Berry, III, declares under penalty of perjury that he is the President and Secretary/Treasurer, respectively, as well as the sole Director and Shareholder of Stageright Productions, Inc., and that the following are true and correct resolutions of Stageright Productions, Inc. unanimously adopted by the Directors and Shareholders of said corporation on June 12, 2015.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Doss H. Berry, III, who is a duly authorized officer and agent of Stageright Productions, Inc., is authorized to execute and deliver all documents necessary to effectuate and complete the filing and prosecution of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Doss H. Berry, III, who is a duly authorized officer and agent of Stageright Productions, Inc., is authorized to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform any and all acts and deeds and to execute and deliver any and all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Stageright Productions, Inc., is authorized and directed to employ the John C. Anderson and his law firm to represent the corporation in such bankruptcy case."

Stageright Productions, Inc.

Date: June 12, 2015          By: ___/s/ Doss H. Berry, III_____
                                  Doss H. Berry, III, President, Director and Duly Authorized Agent

-1-

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re  **Stageright Productions, Inc.**  Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Audio Visual 3358 Drusilla Ln., 9D Baton Rouge, LA 70809 | American Audio Visual 3358 Drusilla Ln., 9D Baton Rouge, LA 70809 | | | 9,711.25 |
| Bulbtronics 45 Banfi Plaza Farmingdale, NY 11735 | Bulbtronics 45 Banfi Plaza Farmingdale, NY 11735 | Light bulbs | | 275.98 |
| CAT Entertainment 2209 Century Circle Irving, TX 75062 | CAT Entertainment 2209 Century Circle Irving, TX 75062 | Generator rental | | 13,200.00 |
| Clark Reder Engineering, Inc. 4828 Business Center Way Cincinnati, OH 45246 | Clark Reder Engineering, Inc. 4828 Business Center Way Cincinnati, OH 45246 | | | 3,500.00 |
| Demco Dept 1340 P.O. Box 2153 Birmingham, AL 35287 | Demco Dept 1340 P.O. Box 2153 Birmingham, AL 35287 | Utilities | | 1,104.16 |
| Eatel P.O. Box 880 Gonzales, LA 70707 | Eatel P.O. Box 880 Gonzales, LA 70707 | Utilities | | 183.18 |
| Emco Technologies 8900 S. Choctaw Drive Baton Rouge, LA 70815 | Emco Technologies 8900 S. Choctaw Drive Baton Rouge, LA 70815 | Radio rental | | 621.30 |
| Iberia Bank P.O. Box 52737 Lafayette, LA 70505 | Iberia Bank P.O. Box 52737 Lafayette, LA 70505 | | | 1,071.86 |
| J Custom Supply, Inc. 10013 Mammoth Ave. Baton Rouge, LA 70814 | J Custom Supply, Inc. 10013 Mammoth Ave. Baton Rouge, LA 70814 | | | 3,793.20 |
| Mountain Productions, Inc. P.O. Box 454 Wilkes Barre, PA 18703 | Mountain Productions, Inc. P.O. Box 454 Wilkes Barre, PA 18703 | | | Unknown |
| Professional Pipe & Drape P.O. Box 1112 Saint Bernard, LA 70085 | Professional Pipe & Drape P.O. Box 1112 Saint Bernard, LA 70085 | | | 2,595.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Stageright Productions, Inc.     Case No. _____

       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Regions Bank<br>9590 Florida Blvd.<br>Baton Rouge, LA 70815 | Regions Bank<br>9590 Florida Blvd.<br>Baton Rouge, LA 70815 | | | 1,000.00 |
| Republic Services<br>Allied Waste<br>12451 Leisure Rd.<br>Baton Rouge, LA 70807 | Republic Services<br>Allied Waste<br>12451 Leisure Rd.<br>Baton Rouge, LA 70807 | Allied Waste | | 977.57 |
| SGPS Show Rig NOLA<br>13800 Old Gentilly Rd.<br>Building 325<br>New Orleans, LA 70129 | SGPS Show Rig NOLA<br>13800 Old Gentilly Rd.<br>Building 325<br>New Orleans, LA 70129 | | | 1,968.54 |
| T&T Leasing<br>P.O. Box 70<br>Marrero, LA 70073 | T&T Leasing<br>P.O. Box 70<br>Marrero, LA 70073 | | | 870.00 |
| Upstage Center, Inc.<br>3302 Old Alvin Rd.<br>Ste. A<br>Baton Rouge, LA 70895 | Upstage Center, Inc.<br>3302 Old Alvin Rd.<br>Ste. A<br>Baton Rouge, LA 70895 | | | 650.00 |
| VER Sales<br>2509 N. Naomi St.<br>Burbank, CA 91504 | VER Sales<br>2509 N. Naomi St.<br>Burbank, CA 91504 | Rigging hardware | | 1,182.50 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    6-15-15       Signature    /s/ Doss H. Berry, III
                                                                Doss H. Berry, III
                                                                Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA**
(Local Form 1)

In re   **Stageright Productions, Inc.**                               Case No. _____

                    Debtor(s)

## MAILING LIST
### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

## DECLARATION

We declare under penalty of perjury that the foregoing mailing list, comprising __3__ pages, is true and correct.
Signed on __6-15-15__

Signed:   /s/ Doss H. Berry, III
          ─────────────────────
          Doss H. Berry, III
          Manager

Signed:   /s/ John C. Anderson
          ─────────────────────
          John C. Anderson 02467
          Anderson Firm, LLC
          P.O. Box 82982
          Telephone: 225-615-7594
          Facsimile: 225-615-7598
          E-Mail: jca@andersonfirm.net
          (ATTORNEY FOR THE DEBTOR)

American Audio Visual
3358 Drusilla Ln., 9D
Baton Rouge, LA 70809

Bulbtronics
45 Banfi Plaza
Farmingdale, NY 11735

CAT Entertainment
2209 Century Circle
Irving, TX 75062

Clark Reder Engineering, Inc.
4828 Business Center Way
Cincinnati, OH 45246

Demco
Dept 1340
P.O. Box 2153
Birmingham, AL 35287

District Counsel-IRS
P.O. Box 30509
New Orleans, LA 70190-0509

EA Uffman & Assoc.
P.O. Box 64828
Baton Rouge, LA 70896

Eatel
P.O. Box 880
Gonzales, LA 70707

Emco Technologies
8900 S. Choctaw Drive
Baton Rouge, LA 70815

Iberia Bank
P.O. Box 52737
Lafayette, LA 70505

IRS
P.O. Box 7346
Philadelphia, PA 19101

IRS
Centralized Insolvency Op.
P.O. Box 21126
Philadelphia, PA 19114

IRS
600 S. Maestri Pl., Stop 31
New Orleans, LA 70130

J Custom Supply, Inc.
10013 Mammoth Ave.
Baton Rouge, LA 70814

La. Dept. of Revenue
Bankruptcy Section
P.O. Box 66658
Baton Rouge, LA 70896-6658

La. Dept. of Revenue
P.O. Box 201
Baton Rouge, LA 70821

Mountain Productions, Inc.
P.O. Box 454
Wilkes Barre, PA 18703

Office of the US Attorney
Middle District of LA
777 Florida St., Ste. 208
Baton Rouge, LA 70801-1717

Office of the US Trustee
400 Poydras Street
Texaco Ctr., Ste. 2110
New Orleans, LA 70130-3238

Professional Pipe & Drape
P.O. Box 1112
Saint Bernard, LA 70085

Regions Bank
9590 Florida Blvd.
Baton Rouge, LA 70815

Republic Services
Allied Waste
12451 Leisure Rd.
Baton Rouge, LA 70807

Securities & Exchange Comm.
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604-2908

SGPS Show Rig NOLA
13800 Old Gentilly Rd.
Building 325
New Orleans, LA 70129

T&T Leasing
P.O. Box 70
Marrero, LA 70073

Trans Financial
P.O. Box 80103
Baton Rouge, LA 70898

Upstage Center, Inc.
3302 Old Alvin Rd.
Ste. A
Baton Rouge, LA 70895

VER Sales
2509 N. Naomi St.
Burbank, CA 91504